**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　Plaintiff<br><br>　　　　　v.<br><br>JEANNETTE TORRES-DIAZ<br>　　　Defendant | CRIMINAL NO. 98CR177-05(JAF) |

### ENTRY OF SATISFACTION

The Satisfaction of the special monetary assessment and restitution IS HEREBY ENTERED.

San Juan, Puerto Rico, this ___ day of _____ of 2005.

> FRANCES RIOS DE MORAN
> CLERK OF THE COURT
> UNITED STATES DISTRICT COURT
> FOR THE DISTRICT OF PUERTO RICO
>
> By: _____
> 　　　Deputy Clerk